*Kirkland & Kirkland,* for plaintiff in error.
*L. C. Anderson, solicitor,* contra.

---

### 16759.   FIELDING *v.* THE STATE.

BROYLES, C. J.   The motion for a new trial contained the usual general grounds only; the verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

    *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

     DECIDED NOVEMBER 10, 1925.

Conviction of possessing liquor; from Thomas superior court— Judge W. E. Thomas.   July 29, 1925.

*James L. Dowling,* for plaintiff in error.
*Clifford E. Hay, solicitor-general,* contra. .

---

### 16776.   HURST *v.* THE STATE.

BROYLES, C. J.   1. Under the evidence adduced, and the defendant's statement to the jury, the court properly charged the law of voluntary manslaughter.

2. The verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

    *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

     DECIDED NOVEMBER 10, 1925.

Conviction of manslaughter; from Screven superior court— Judge Strange.   August 14, 1925.

*H. A. Boykin,* for plaintiff in error. -
*John C. Hollingsworth, solicitor-general,* contra.